| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>McKENNA, DuPONT, HIGGINS & STONE<br>Michael R. DuPont, Esquire (MRD/2077)<br>PO Box 610<br>229 Broad Street<br>Red Bank, NJ 07701-0610<br>732.741.6681<br>Counsel for Pinnacle Federal Credit Union | |
| In Re:<br><br>Lisa Storan | Case No. 20-11386<br><br>Chapter 13<br><br>Judge: JKS |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Pinnacle Federal Credit Union. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

    McKENNA, DuPONT, HIGGINS & STONE
    Attention: Michael R. DuPont, Esquire
    PO Box 610
    229 Broad Street
    Red Bank, NJ 07701-0610
    Email: dupont@redbanklaw.com

DOCUMENTS:

    ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

    ☐ All documents and pleadings of any nature.

                                          McKENNA, DuPONT, HIGGINS & STONE, PC
                                          Counsel to Pinnacle Federal Credit Union

                                          ***/s/ Michael R. DuPont, Esquire***
                                          MICHAEL R. DuPONT, Esq.

Dated: February 17, 2020

                                                                               *new.8/1/15*